IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUPITA V.,[1]

    Plaintiff,

vs.                                            1:23-cv-00551-KG-LF

MARTIN O'MALLEY,[2] Commissioner
of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to order adopting the Magistrate Judge's Proposed Findings and Recommended Disposition entered concurrently herewith, the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and hereby remands this matter to the Commissioner for further proceedings.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of privacy, this judgment uses only the first name and the initial of the last name of the non-governmental party in this case.

[2] Martin O'Malley became the Commissioner of the Social Security Administration on December 20, 2023, and is automatically substituted as the defendant in this action. FED. R. CIV. P. 25(d).